UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mazzocchi,

          Plaintiff,

-against-

Windsor Owners Corp. et al.,

          Defendants.

1:11-cv-07913 (RA) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2020

**STEWART D. AARON, United States Magistrate Judge:**

Following a Telephone Conference with the parties, and for the reasons stated on the record, it is hereby Ordered that the deadline for the completion of all discovery is extended until Monday, May 4, 2020 for the limited purpose of: (1) completing the deposition of Elaine Platt, and (2) conducting any further discovery regarding complaints about Jane Doe. No further extensions shall be granted.

**SO ORDERED.**

DATED:    New York, New York
            March 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge