UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/7/2020
```

FRANK MAZZOCCHI,

     Plaintiff,

  v.

WINDSOR OWNERS CORP. *et al.*,

     Defendants.

No. 11-CV-7913 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  Yesterday, the Court was informed that discovery in this action closed on May 4, 2020. Therefore, no later than May 15, 2020, the parties shall file a joint letter updating the Court on the status of the case. If either party anticipates filing a motion for summary judgment, the letter should include the basis for the motion(s) and a proposed briefing schedule. If no dispositive motion is anticipated at this time, the parties should review the Court's Individual Rules & Practices regarding pretrial filings that must be filed within thirty (30) days from the close of discovery.

SO ORDERED.

Date: May 7, 2020
    New York, NY

                 Ronnie Abrams
                 United States District Judge