# ANDERSON KILL P.C.



Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jeffrey E. Glen, Esq.
Jglen@andersonkill.com
212-278-1009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2020

July 3, 2020

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Mazzocchi v. Windsor Owners Corp. et al., 11-cv-07913

Dear Magistrate Judge Aaron:

      The Deposition of Elaine Platt was completed on March 10, 2020. Prior to that deposition, Ms. Platt was provided by counsel for plaintiff with copies of the emails she had supplied to counsel for the defendants as they had been redacted. Ms. Platt of course had available to her the unredacted versions, since she sent them to defense counsel.

      During the deposition on several occasions she stated material had been redacted from certain specified pages which in her view, based on your rulings during the telephonic conference held on (date), in which she participated, while perhaps confidential to her as a Board member was not privileged. She referred specifically to the pages Bates stamped EP00043-49; EP000052; EP000055; EP00059; EP00062 and EP00068.

      During a conference with Judge Abrams on May 18, 2020, plaintiff's counsel raised the point with the Court, and all counsel agreed that the pages in question should be referred to you for your ruling on whether there had been excessive redaction and if so which text ought to be provided to plaintiff's counsel. All counsel also agreed that your determination would be final and not subject to further review by Judge Abrams. Judge Abrams agreed with this proposed solution.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100272440.3

**Anderson Kill P.C.**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
July 3, 2020
Page 2

    I have reviewed the unredacted material and continue to be of the view that the redactions are appropriate. Counsel for plaintiff of course has not seen the unredacted material.

                 Best regards,

                 /s/ Jeffrey E. Glen
                  Jeffrey E. Glen

cc: Andrew Costello, Esq.

ENDORSEMENT: It appears to me that the unredacted documents in question have been publicly filed on the Court's docket (*see* ECF No. 270-1). Accordingly, defense counsel shall show cause no later than July 15, 2020, why the request to me for review of the unredacted documents should not be denied as moot. *See SOHC, Inc. v. Zentis Sweet Ovations Holding LLC*, No. 14-CV-02270 (JMF), 2014 WL 5643683, at *6 (S.D.N.Y. Nov. 4, 2014) ("As the proverbial cat is out of the bag, Defendant's request for redaction is thus DENIED as moot."). SO ORDERED.
Dated: 7/8/2020

*[signature]*