UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK MAZZOCCHI,

                Plaintiff,

       v.

WINDSOR OWNERS CORP., *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-24-20

11-CV-7913 (RA)

AMENDED ORDER

RONNIE ABRAMS, United States District Judge:

Following Defendants' unopposed motion to extend the deadline to file its motion for summary judgment, it is hereby ORDERED:

Defendant shall file their motion for summary judgment no later than September 30, 2020. Plaintiff's opposition and any cross-motion shall be filed no later than October 21, 2020. Defendant's reply shall be filed by November 4, 2020, unless Plaintiff files a cross motion, in which case Defendant's reply and opposition shall be filed by November 9, 2020. If Plaintiff files a cross motion, Plaintiff's reply shall be filed no later than November 23, 2020.

The Clerk of Court is respectfully directed to strike the order at Dkt. 282.

SO ORDERED.

Dated:    September 24, 2020
             New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge