UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK MAZZOCCHI,

                Plaintiff,

      v.

WINDSOR OWNERS CORP., *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

11-CV-7913 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      It is hereby ORDERED that counsel for all parties appear for status conference regarding Defendants' pending motion for summary judgment, Dkt. 284, and Plaintiff's pending motion for reconsideration, Dkt. 302. The conference will be held on Thursday, August 5, 2021 at 9:00 a.m. If the parties and their counsel are not available at that date and time, the parties must submit a joint letter no later than Tuesday, August 3, 2021, proposing an alternative date and time. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    August 2, 2021
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge