UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

FRANK MAZZOCCHI,
                  Plaintiff,

v.

WINDSOR OWNERS CORP., *et al.*,
                  Defendants.

No. 11-CV-7913 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 2, 2021, the Court ordered the parties to appear for a status conference today, August 5, 2021 at 9:00 a.m., at which time it intended to rule on Defendants' pending motion for summary judgment and Plaintiff's pending motion for reconsideration. Dkt. 311. Plaintiff's counsel failed to appear at this conference. The Court hereby denies both motions in their entirety. As it was unable to do so today, the Court will state its reasoning at the next proceeding.

    Counsel for the parties are directed to meet and confer about dates on which they are available to hold a trial in this case. No later than one week from today, the parties shall file a joint letter proposing several dates in October, November, December, or January on which all parties and witnesses are available. Upon receipt of this letter, the Court will schedule the trial.

    The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 284 and 302.

SO ORDERED.

Dated:   August 5, 2021
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge