UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/13/2021

FRANK MAZZOCCHI,

                Plaintiff,

v.

WINDSOR OWNERS CORP., *et al.*,

                Defendants.

No. 11-CV-7913 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On August 5, 2021, the Court directed the parties to meet and confer regarding trial dates. The Court has reviewed the parties' joint letter, Dkt. 313, as well as the Court's trial calendar for the upcoming year. In accordance with the parties' request, the trial is now scheduled to begin at the Court's first available date in 2022. The parties shall be prepared to try this case on February 14, 2022. Although the Court will request that trial date, it cannot provide assurance that a reconfigured COVID-safe courtroom will be available at that time (assuming there is still a need for one). Any objection to this date should be filed by August 20, 2021.

    In accordance with Rule 6 of this Court's Individual Rules & Practices of Civil Cases, the parties shall file all pre-trial submissions, including but limited to a joint pretrial order and any motions in limine, by January 10, 2022. Any oppositions shall be filed by January 17, 2022, and any replies shall be filed by January 24, 2022. A final pretrial conference is scheduled for February 4, 2022 at 3:00 pm.

2

In addition, the parties shall notify the Court whether it can be of any assistance with settlement by way of referral either to the S.D.N.Y. Mediation Program or for a settlement conference before Magistrate Judge Aaron.

SO ORDERED.

Dated:   August 13, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge