USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/28/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frank Mazzocchi,

                Plaintiff,

v.

Windsor Owners Corp., *et al.*,

                Defendants.

No. 11-CV-7913 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to the Court's trial schedule and other scheduling conflicts, the conference originally scheduled for November 4, 2021 at 10:00 a.m. is rescheduled to November 1, 2021 at 3:00 p.m. The Court will hold this conference by telephone. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    October 28, 2021
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge