UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/07/22
```

Frank Mazzocchi,

      Plaintiff,

  v.

Windsor Owners Corp., *et al.*,

      Defendants.

No. 11-CV-7913 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  Due to a scheduling conflict, the conference originally scheduled for January 14, 2022 at 3:00 p.m. is rescheduled to January 12, 2021 at 3:30 p.m. The Court will hold this conference by telephone. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates and times for this conference.

SO ORDERED.

Dated: January 7, 2022
    New York, New York

                 Ronnie Abrams
                 United States District Judge