|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 01/13/22 |

Frank Mazzocchi,

                Plaintiff,

v.

Windsor Owners Corp., *et al.*,

                Defendants.

No. 11-CV-7913 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    At the conference held January 12, 2022, the parties agreed to adjourn the trial scheduled for February 12, 2022 to May 9, 2022. In accordance with Rule 6 of this Court's Individual Rules & Practices of Civil Cases, the parties shall file all pre-trial submissions, including but not limited to a joint pretrial order and any motions in limine, by April 11, 2022. Any oppositions shall be filed by April 18, 2022, and any replies shall be filed by April 25, 2022. A final pretrial conference is scheduled for May 4, 2022 at 2:00 p.m.

    In addition, the parties shall notify the Court whether it can be of any assistance with settlement by way of referral either to the S.D.N.Y. Mediation Program or for a settlement conference before Magistrate Judge Aaron.

SO ORDERED.

Dated:    January 13, 2022
                New York, New York

                                            Ronnie Abrams
                                            United States District Judge