```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/21/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frank Mazzocchi,

                Plaintiff,

v.

Windsor Owners Corp., *et al.*,

                Defendants.

No. 11-CV-7913 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the trial scheduled to begin July 11, 2022 is adjourned to July 18, 2022. All other deadlines, including the date and time for the final pretrial conference, will remain the same.

SO ORDERED.

Dated:    April 21, 2022
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge