UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK MAZZOCCHI,

           Plaintiff,

WINDSOR OWNERS CORP., VIVIENNE GILBERT, MAUREEN DUNPHY, JAMES TAYLOR, PAUL MATTEN, NANCY BARSOTTI, Individually and in their Corporate Capacity,

           Defendants.

11 Civ. 7913 (RA)

ORDER

The following Order is subject to the definitions, obligations, and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon Submission of written application to this Court, it is hereby

ORDERED that the following attorneys are authorized to bring the Personal Electronic Devices and the General Purposed Computing Devises (collectively, "Devices") listed below into the Courthouse for use during Trial in the afore-captioned action. The date(s) for which such authorization is provided are October 24, 2022 through November 11, 2022.

| Attorney | Device(s) |
| --- | --- |
| Rick Ostrove | Cell phones, laptop computer, projector, AV equipment, DVD player, television screen |
| Andrew Costello | Cell phones, laptop computer, projector, AV equipment, DVD player, television screen |

The attorneys identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Devices into the Courthouse or its environs constitutes a certification by the attorney that he or she will comply in all responses with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: September 21, 2022

_____
Judge Ronnie Abrams, U.S.D.J.