USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK MAZZOCCHI, *an individual*,

                Plaintiff,

        v.

WINDSOR OWNERS CORP., TUDOR REALTY SERVICES CORP., VIVIENNE GILBERT, MAUREEN DUNPHY, JAMES TAYLOR, PAUL MATTEN, and NANCY BARSOTTI, *individually and in their corporate capacity*,

                Defendants.

No. 1:11-cv-7913 (RA) (SDA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The telephonic conference previously scheduled in this matter for October 11, 2022 at 10:30 a.m. is hereby rescheduled for October 11, 2022 at 2:00 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508. This line is open to the public.

SO ORDERED.

Dated:   October 10, 2022
           New York, New York

                                    Hon. Ronnie Abrams
                                    United States District Judge