```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-8-2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK MAZZOCCHI, *an individual*,

                     Plaintiff,

                     v.

WINDSOR OWNERS CORP., TUDOR REALTY SERVICES CORP., VIVIENNE GILBERT, MAUREEN DUNPHY, JAMES TAYLOR, PAUL MATTEN, AND NANCY BARSOTTI, *individually and in their corporate capacity*,

                     Defendants.

No. 1:11-CV-7913 (RA)

AMENDED ORDER OF

REFERENCE

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Aaron for the following purpose:

|   |   |   |   |
|---|---|---|---|
|   | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) |   | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
|   | Specific Non-Dispositive Motion/Dispute: |   | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
|   | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: |   | Habeas Corpus |
| X | Settlement |   | Social Security |
|   | Inquest After Default/Damages Hearing |   | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:     October 8, 2022
            New York, New York

                                                                    _____
                                                                    Hon. Ronnie Abrams
                                                                    United States District Judge