USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mazzocchi, | |
| Plaintiff, | 1:11-cv-07913 (RA) (SDA) |
| -against- | ORDER SCHEDULING |
| Windsor Owners Corp. et al., | SETTLEMENT CONFERENCE |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, October 12, 2022, at 11:30 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron.

SO ORDERED.

DATED: New York, New York
October 11, 2022

_____
STEWART D. AARON
United States Magistrate Judge