USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK MAZZOCCHI, *an individual*,

                Plaintiff,

v.

WINDSOR OWNERS CORP., TUDOR REALTY SERVICES CORP., VIVIENNE GILBERT, MAUREEN DUNPHY, JAMES TAYLOR, PAUL MATTEN, and NANCY BARSOTTI, *individually and in their corporate capacity*,

                Defendants.

No. 1:11-cv-7913 (RA) (SDA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As the Court explained at conference earlier today, the parties shall now file proposed findings of fact no later than October 18, 2022. All other pretrial submissions shall be filed in accordance with the timeline set forth in the Court's prior order dated October 7, 2022.

    In addition, no later than October 18, 2022, the parties shall file letters indicating which motions in limine, if any, are now mooted by the Court's determination that the trial will be held without a jury.

SO ORDERED.

Dated:   October 11, 2022
          New York, New York

_____
Hon. Ronnie Abrams
United States District Judge