USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK MAZZOCCHI, *an individual*,

                Plaintiff,

        v.

WINDSOR OWNERS CORP., TUDOR REALTY SERVICES CORP., VIVIENNE GILBERT, MAUREEN DUNPHY, JAMES TAYLOR, PAUL MATTEN, and NANCY BARSOTTI, *individually and in their corporate capacity*,

                Defendants.

No. 1:11-cv-7913 (RA) (SDA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The deadline for all pretrial submissions is hereby adjourned to Friday, October 21, 2022, and the final pretrial conference adjourned to Monday, October 24, 2022, at 10:00 a.m.

SO ORDERED.

Dated:    October 17, 2022
            New York, New York

                                        Hon. Ronnie Abrams
                                        United States District Judge